**Order entered March 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01383-CV**

**DOROTHY WARREN, Appellant**

**V.**

**2359 HIGHLAND ROAD LLC D/B/A THE FINLEY THE HIGHLANDS,**
**Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05900-C**

**ORDER**

In accordance with our March 2, 2020 order, court reporter Janet E. Wright has filed with the Court written verification appellant has not requested the reporter's record. Our March 2nd order cautioned appellant that the appeal would be submitted without the reporter's record if we received verification the record had not been requested. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

Appellant shall file her brief on the merits no later than April 6, 2020.

/s/    KEN MOLBERG
       JUSTICE